**amaUNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

KOU L.,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; TODD BLANCHE, Attorney General; DAVID VENTURELLA, Acting Director, Immigration and Customs Enforcement; and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement,

Respondents.

Case No. 26-CV-4286(NEB/DTS)

ORDER GRANTING MOTION FOR STAY

Kou L. filed a motion to temporarily stay his current habeas proceedings until October 30, 2026, in response to Respondents' assertion that he has been scheduled for a removal flight to Laos on October 27, 2026. (ECF No. 10; ECF No. 9.) Kou L. acknowledged that nothing in the habeas proceedings affects Respondent's right to lawfully remove him to Laos based on his existing removal order. (ECF No. 10 at 1.) Given the timeline presented, the Court grants the motion.

**CONCLUSION**

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Petitioner Kou L.'s Motion for a Stay of his habeas proceedings until October 30, 2026 (ECF No. 10) is GRANTED; and

2. Petitioner's counsel is ordered to provide the Court with a status update on October 30, 2026.

Dated: October 21, 2026

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge