**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

KOU, L.,

Petitioner,

v.

MARKWAYNE MULLIN, *Secretary, Department of Homeland Security*, ET AL.,

Respondents.

Case No. 26-CV-4286 (NEB/DTS)

ORDER FOR DISMISSAL

---

On October 30, 2026, the parties filed a notice to voluntarily dismiss the case in its entirety. (ECF No. 14) Having considered the notice and Petitioners removal from this country, the Court DISMISS WITHOUT PREJUDICE this case under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: November 2, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge